## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gerald P. Kane aka Gerry Kane<br>Maryellen M. Kane<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-14297 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ Matteo S. Weiner, Esquire**
                        Matteo S. Weiner, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734