Certificate Number: 12433-PAE-DE-029855380

Bankruptcy Case Number: 17-14297



12433-PAE-DE-029855380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 10, 2017</u>, at <u>7:08</u> o'clock <u>PM EDT</u>, <u>Gerald Kane</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 10, 2017</u>          By:    <u>/s/Lance Brechbill</u>

                                                          Name:  <u>Lance Brechbill</u>

                                                          Title:   <u>Teacher</u>