Certificate Number: 12433-PAE-DE-029855381

Bankruptcy Case Number: 17-14297



12433-PAE-DE-029855381

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2017, at 7:08 o'clock PM EDT, Maryellen Kane completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2017          By:   /s/Lance Brechbill

                                    Name: Lance Brechbill

                                    Title: Teacher