United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gerald P. Kane  
Maryellen M. Kane  
    Debtors

Case No. 17-14297-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Oct 12, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
```
db/jdb        +Gerald P. Kane,    Maryellen M. Kane,    3519 Gloucester Lane,    Philadelphia, PA 19114-1906
              +Holy Redeemer Health System,    12265 Townsend Road,    attn Payroll Controller,
                Phila, PA 19154-1214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Gerald P. Kane dmo160west@gmail.com,    davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Gerald P. Kane | : | Case No. 17-14297-elf |
| xxx-xx-8837 | | |
| Maryellen M. Kane | | |
| xxx-xx-7115 | | |
| Debtor | | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$110.00 EVERY TWO WEEKS.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____   10/12/17
HONORABLE ERIC L. FRANK            DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:            David M. Offen Esq.
William C. Miller, Trustee         Suite 160 West, Curtis Ctr.
P.O. Box 1799                      Philadelphia, PA 19106
Memphis, TN  38101-1799            (215) 625-9600

Payroll Controller
Holy Redeemer Health System
12265 Townsend Road
Philadelphia, PA 19154