# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 17-14297-ELF

GERALD P KANE
MARYELLEN M KANE
3519 GLOUCESTER LANE

PHILADELPHIA, PA 19114-

      Debtor

## CERTIFICATE OF SERVICE

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GERALD P KANE
    MARYELLEN M KANE
    3519 GLOUCESTER LANE

    PHILADELPHIA, PA 19114-

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                  /s/ William C. Miller

Date: 12/6/2017

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee