United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                              Case No. 17-14297-elf
Gerald P. Kane                                      Chapter 13
Maryellen M. Kane
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John           Page 1 of 1           Date Rcvd: Dec 21, 2017
                            Form ID: pdf900       Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
```
db/jdb         +Gerald P. Kane,   Maryellen M. Kane,   3519 Gloucester Lane,   Philadelphia, PA 19114-1906
               +Holy Redeemer Health System,   Payroll controller,   12265 Townsend Road,
                 Philadelphia, PA 19154-1214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                          TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
```
          DAVID M. OFFEN   on behalf of Debtor Gerald P. Kane dmo160west@gmail.com, davidoffenecf@gmail.com
          DAVID M. OFFEN   on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com,
           davidoffenecf@gmail.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                :      Chapter 13


Gerald P. Kane                        :      Case No. 17-14297-elf
xxx-xx-8837
Maryellen M. Kane
xxx-xx-7115
        Debtor


AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

        The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

        IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                $212.50 EVERY TWO WEEKS.

        The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

                                                                12/21/17
_____
HONORABLE ERIC L. FRANK              DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:              David M. Offen Esq.
William C. Miller, Trustee           Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller