# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maryellen M. Kane<br>         Gerald P. Kane a/k/a Gerry Kane<br>                              Debtors<br><br>Ditech Financial LLC<br>                              Movant<br>         vs.<br><br>Maryellen M. Kane<br>Gerald P. Kane a/k/a Gerry Kane<br>                              Respondents | CHAPTER 13<br><br><br>NO. 17-14297 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about July 19, 2017 (Document No. 13).

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McGuire, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

March 13, 2018