United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gerald P. Kane  
Maryellen M. Kane  
    Debtors

Case No. 17-14297-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Mar 15, 2018  
                       Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.  
db/jdb      +Gerald P. Kane,    Maryellen M. Kane,    3519 Gloucester Lane,    Philadelphia, PA 19114-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com,  
          davidoffenecf@gmail.com  
         DAVID M. OFFEN    on behalf of Debtor Gerald P. Kane dmo160west@gmail.com,    davidoffenecf@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC KMcDonald@blankrome.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald P. Kane and Maryellen M. Kane

        Debtor(s)

Chapter: 13
Bankruptcy No: 17−14297−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 13, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Eric L. Frank
                                      Judge ,
                                      United States Bankruptcy Court

                                                                  38
                                                             Form 155