```
               IN THE UNITED STATE BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re    Gerald P. Kane              )   Chapter 13
             Maryellen M. Kane           )
                                         )   No.17-14297-ELF
                                         )
             Debtors                     )
```

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor