IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Gerald P. Kane                    )   Chapter 13
         Maryellen M. Kane                 )
                                           )   17-14297-ELF
         Debtors                           )
                                           )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtors, and upon notice and certification of no
objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the
balance in the amount of $3,500.00 shall be paid by the Chapter
13 Trustee to the extent consistent with the terms of the
confirmed plan.

4/17/18
_____          _____
DATED:                  ERIC L. FRANK
                        U.S. BANKRUPTCY JUDGE