IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13

Maryellen M. Kane                     :        No. 17-14297-ELF
Gerald P Kane
    Debtors

ANSWER TO MOTION OF DITECH FINANCIAL, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted.

6.  Denied. It is admitted that there is a smaller deficiency. The Mortgage has also been sold.

7.  Denied.

8.  Denied.

9.  Denied.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 09/28/18