IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
       Maryellen M. Kane           :        No. 17-10117-ELF
       Gerald P. Kane
           Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on September 28, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Kevin G. McDonald on behalf of Ditech Financial, LLC.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

9/28/18