## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Gerald P. Kane<br>aka Gerry Kane<br>Maryellen M. Kane<br><div align="right">Debtor(s)</div> | Case No.:  17-14297 ELF<br><br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE  in relation to a claim secured by real property commonly known as 3519 Gloucester Lane, Philadelphia, PA  19114 and identified by account number ******3-697 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BARCLAYS MORTGAGE TRUST
2021-NPL1, MORTGAGE-BACKED
SECURITIES, SERIES 2021-NPL1, BY U.S.
BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  January 31, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gerald P. Kane<br>aka Gerry Kane<br>Maryellen M. Kane<br><br>                                        Debtor(s) | Case No.:  17-14297 ELF<br><br>Chapter 13 |

### CERTIFICATION OF SERVICE
### OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on January 31, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<div align="center">Parties served via Electronic Notification:</div>

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>P.O. Box 40837<br>Philadelphia PA  19107<br><br>Trustee | David M. Offen, Esquire<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA  19106<br>dmo160west@gmail.com<br>Attorney for Debtor/Debtors |

<div align="center">Parties served via First-Class Mail:</div>

| | |
|---|---|
| Gerald P. Kane<br>aka Gerry Kane<br>3519 Gloucester Lane<br>Philadelphia PA  19114<br>Debtor | Maryellen M. Kane<br>3519 Gloucester Lane<br>Philadelphia, PA 19114<br>Debtor |

Dated:  January 31, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant