United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14297-elf |
| Gerald P. Kane | Chapter 13 |
| Maryellen M. Kane | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14450896 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14450896 | Email/Text: mtgbk@shellpointmtg.com | Feb 15 2022 23:55:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Gerald P. Kane dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JILL MANUEL-COUGHLIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

KENNETH E. WEST
 ecfemails@ph13trustee.com

KEVIN G. MCDONALD
 on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
 on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
 on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

THOMAS I. PULEO
 on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14297-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Gerald P. Kane  
3519 Gloucester Lane  
Philadelphia PA 19114

Maryellen M. Kane  
3519 Gloucester Lane  
Philadelphia PA 19114

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED  
c/o Jill Manuel-Coughlin, Esq.  
8 Neshaminy Interplex, Suite 215  
Trevose, PA 19053

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/17/22

Tim McGrath  
**CLERK OF THE COURT**