United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14297-elf |
| Gerald P. Kane | Chapter 13 |
| Maryellen M. Kane | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald P. Kane, Maryellen M. Kane, 3519 Gloucester Lane, Philadelphia, PA 19114-1906 |
| 13938287 | + | Abington Memorial Hospital, PO Box 826580, Philadelphia, PA 19182-6580 |
| 13938288 | | Abington Surgical Center, PO Box 6334, Southeastern, PA 19398-6334 |
| 13957854 | + | Abington Surgical Center, 2701 Blair Mill Rd. Suite 35, Willow Grove, PA 19090-1094 |
| 13938289 | + | Aes/keystone Rewards, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13938290 | + | Allstate fire and Casualty Insurance, PO Box 4310, Carol Stream, IL 60197-4310 |
| 14665701 | + | BARCLAYS MORTGAGE TRUST, 2021-NPL1, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13938302 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 13955154 | + | Ditech Financial LLC, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13994105 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13938303 | + | Drexel Medicine, PO Box 95000-1030, Philadelphia, PA 19195-0001 |
| 13938304 | + | Holy Redeemer, 521 Moredone Road, Huntingdon Valley, PA 19006-7705 |
| 13938308 | | Linebarger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 13938309 | | Lofts Medical Associates PC, 170 Middletown Blvd, Suite 101, Langhorne, PA 19047-3200 |
| 13938310 | + | MedEast Post-Op & Surgical, Inc., Payment Lockbox, PO Box 822796, Philadelphia, PA 19182-2796 |
| 13938311 | + | NovaCare Rehabilitation, 400 Technology Dr, Ste. 240, Canonsburg, PA 15317-9575 |
| 13938312 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 13938316 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13938315 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 13938318 | | Sage Capital Recovery, PO Box 8504, Cherry Hill, NJ 08002-0504 |
| 13938320 | | TPS IV of PA, LLC, PO Box 827965, Philadelphia, PA 19182-7965 |
| 13938319 | + | Total Medicine solutions, 975 Jaymor road Suite 1, Southampton, PA 18966-3854 |
| 13938317 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13938291 | Email/Text: collectors@arresourcesinc.com | Sep 22 2022 23:41:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938297 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 22 2022 23:41:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 14008386 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:24 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14023774 | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13938300 | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 13938299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:30 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 13938301 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 22 2022 23:41:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 13938305 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2022 23:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13938306 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 13938307 | + | Email/Text: bankruptcy@philapark.org | Sep 22 2022 23:41:00 | LDC Collection Systems, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14450896 | | Email/Text: mtgbk@shellpointmtg.com | Sep 22 2022 23:41:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13938314 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 22 2022 23:41:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13950109 | + | Email/Text: bankruptcy@philapark.org | Sep 22 2022 23:41:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13938322 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 22 2022 23:41:00 | TSI, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 13938321 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 22 2022 23:41:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 13938323 | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13938292 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938293 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938294 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938295 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938296 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13938298 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 13938313 | * | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Gerald P. Kane dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald P. Kane and Maryellen M. Kane

        Debtor(s)

Case No: 17−14297−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/22/22

69 − 65
Form 138OBJ